

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16CR2031-CAB |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE |
| LOURDES RAMIREZ-SANCHEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 10, 2017.

HONORABLE CATHY ANN BENCIVENGO
United States District Judge